UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No. 3:12-CR-0048 |
| v. ) | |
| ) | Judge Sharp |
| RICHARD OLIVE ) | |

**UNITED STATES' MOTION REQUESTING ADDITIONAL TIME TO FILE RESPONSE TO DEFENDANT'S MOTION**

Comes now the United States, by and through the undersigned attorney, and requests additional time to file a response to *Defendant's Motion to Dismiss or Strike the False Statements Alleged in Paragraphs 9.(B), 9(C) and 10 of the Indictment*. (*Docket Entry* 20.) In support of this motion, the undersigned attorney states the following:

1. Due to an unexpected influx of work-related assignments in the past two weeks, the undersigned attorney has not had adequate chance to prepare a response.

2. The undersigned attorney attempted to contact defense counsel to obtain his position, but was unable to verify whether he opposes the motion.

3. The government respectfully requests a continuance of one week to file a response.

                          Respectfully submitted,

                          JERRY E. MARTIN
                          United States Attorney for the
                          Middle District of Tennessee

     BY:    */s Kathryn B. Ward*
               Kathryn B. Ward
               Assistant U. S. Attorney