UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00048 |
| | ) | JUDGE SHARP |
| RICHARD OLIVE | ) | |

## **O R D E R**

Pending before the Court is an Unopposed Motion for Defendant's Co-Counsel to Appear by Phone at the November 1, 2012 Pre-Trial Hearing (Docket No. 35).

The motion is GRANTED, and Attorney Jeffrey Smith is allowed to appear by telephone at the hearing while Attorney James Nesland will appear in person. Counsel shall call 615-695-2852 to be connected the call.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE