UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:12-00048 |
| | ) | JUDGE SHARP |
| RICHARD OLIVE | ) | |

**O R D E R**

Pending before the Court is Defendant's Unopposed Motion to Reschedule Pre-Trial Conference (Docket No. 53).

The motion is GRANTED and the pretrial conference scheduled for February 21, 2013, is hereby rescheduled for Friday, February 22, 2013 at 1:30 p.m.

It is so ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE